# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0215.  SETH TROY HOPKINS v. THE STATE.**

Seth Hopkins is serving a sentence of three years of probation following his January 2016 conviction for possession of hydrocodone.  He seeks discretionary review of the superior court's order modifying the terms of his probation by requiring him to successfully complete a residential substance-abuse program.  Because Hopkins does not seek to appeal an order revoking probation, the discretionary appeal procedures do not apply, and the superior court's order here is directly appealable. See OCGA § 5-6-35 (a) (5), (b); compare *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998) (holding that the discretionary appeal procedures applied to the appellant's challenge to the sentence imposed upon the revocation of his probation because the underlying subject matter was probation revocation).

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal.  Accordingly, this application is hereby GRANTED.  Hopkins shall have ten days from the date of this order to file a notice of appeal with the superior court, if he has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/09/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*